UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.     CV06-7631-JSL                             Date: Oct. 29, 2008

Title:   Rocawear Licensing LLC  -v- Benji Behrooz, et al
================================================================================:

**THE HONORABLE J. SPENCER LETTS**

Nancy J. Webb                                              Not Present
Courtroom Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

  Not present                                               Not present

 PROCEEDINGS: ORDER TO SHOW CAUSE: (In chambers)

    IT IS ORDERED that counsel for plaintiff show cause in writing not later than Nov. 14,2008 why this action should not be dismissed for lack of prosecution.

 No oral argument will be heard on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of plaintiff(s) response.  The Court will consider as a satisfactory response the filing of one or more of the following on or before the date shown above.

 _X_     Proof of Service of summons and complaint on all   defendants.

 –X      Defendants answer or plaintiff's request to enter  default.

 **XX    Plaintiff's filing of a motion for entry of default  Judgment**

         CV MINUTES                          Initials of Deputy Clerk____nw

                                                                   ____:00